JAY S. ROTHMAN (SBN 49739)
JAY S. ROTHMAN & ASSOCIATES
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile: (818) 990-3019
lawyers@jayrothmanlaw.com

Attorneys for Plaintiff FRANK WEBER

ALEXANDRA ASTERLIN, SBN 221286
alexandra.asterlin@ogletree.com
ALYSSA C. MALINOSKI, SBN 322794
alyssa.malinoski@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant AMERICAN AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**DIVISION**

FRANK WEBER, an individual,

Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:25-CV-03261-TLN-JDP

**ORDER GRANTING STIPULATION TO EXTEND THE FACT DISCOVERY CUT-OFF DEADLINE PURSUANT TO FED. R. CIV. P. 16(B)(4)**

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the fact discovery cut-off deadline of November 10, 2026 is continued to February 8, 2027. All other dates and deadlines contained in the Initial Pretrial Scheduling Order dated November 12, 2025 shall track the new discovery cut-off date.

Dated: October 9, 2026

Troy L. Nunley
Chief United States District Judge